UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL GRANDERSON, | No.  2:19-cv-2212 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GRIFFITH, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a request for status regarding possible settlement negotiations.  (ECF No. 25.)  Plaintiff is advised that he may contact defendant's counsel directly to negotiate a settlement, or defendant's counsel may contact plaintiff.  If the parties agree that an earlier telephonic settlement conference would be helpful, they may either jointly request one before Judge Claire, or they may waive any conflicts and contact the courtroom deputy for the undersigned to request such a conference.

IT IS SO ORDERED.

Dated:  August 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gran2212.set

1